409 P.2d 134

The STATE of New Mexico ex rel. John R.
JOYCE II and Elizabeth P.
Joyce, Petitioners,

v.

DISTRICT COURT OF the FIFTH JU-
DICIAL DISTRICT of the State of New
Mexico WITHIN AND FOR EDDY COUN-
TY, New Mexico and the Honorable Ker-
mit E. Nash, District Judge, Respondents.

No. 8053.

Supreme Court of New Mexico.

Dec. 20, 1965.

Ordered that the petition for writ of pro-
hibition be and the same is hereby denied.

409 P.2d 134

Harold A. COX, Warden of the New Mexico
State Penitentiary, Relator,

v.

Judge Samuel Z. MONTOYA, District Judge,
First Judicial District, Santa Fe,
New Mexico, Respondent.

No. 8054.

Supreme Court of New Mexico.

Jan. 5, 1966.

Ordered that the alternative writ of
prohibition heretofore issued herein on
December 21, 1965, be and the same is
hereby made permanent for all purposes,
other than the entering of an order by Re-
spondent quashing the writ of habeas cor-
pus filed in Cause No. 36431, Santa Fe
County, entitled "Elias Cisneros vs. Harold
A. Cox".

409 P.2d 134

MUTUAL OF OMAHA INSURANCE COM-
PANY, a corporation, formerly known as
Mutual Benefit Health & Accident Associa-
tion, and H. C. Moore, Petitioners,

v.

Honorable James M. SCARBOROUGH, Dis-
trict Judge, designated to act in the Second
Judicial District composed of Bernalillo,
Sandoval and Valencia Counties, Respond-
ent.

No. 8057.

Supreme Court of New Mexico.

Jan. 5, 1966.

Ordered that the petition for alternative
writ of mandamus be and the same is here-
by denied.